UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

Julie L. Lamberton
        *Debtor(s)*

Case No.: 22-31091-pes
Chapter 13

## Order Dismissing Case

Hearing was held on January 12, 2023, in South Bend, Indiana, on Motion to Dismiss filed by the Chapter 13 Trustee. Attorney Deb Miller appears as Chapter 13 Trustee. Attorney Patrick Seese appears on behalf of the Debtor(s). The court now grants the Chapter 13 Trustee's motion to dismiss.

**IT IS ORDERED** the above-captioned Chapter 13 petition is hereby **dismissed, without prejudice.** The automatic stay on creditor actions against the debtor and the debtor(s) property is removed pursuant to 11 U.S.C. § 362(c)(2)(B).

Any wage deduction order which may be in force is <u>terminated</u> effective with the date of this order. It is the debtor(s)' responsibility to notify the employer that the order to pay trustee is terminated. Any entity wishing to file a request for payment of an administrative expense under 11 U.S.C. § 503(b) shall file the request within 14 days from the date of this order.

Upon receipt of the trustee's final report and account and after (a) the expiration of the 30-day objection to final report deadline or (b) the entry of an order resolving any timely objection to the final report, whichever is longer, the trustee will be discharged and relieved of her trust and the surety on the trustee's bond will be released from further liability thereunder in this estate, except any liability which may have accrued during the time the bond was in effect as to this estate, without further notice, hearing or order.

The Clerk is directed to send a copy of this order to all creditors and parties in interest.

Dated: January 12, 2023

*/s/ Paul E. Singleton*
Judge, United States Bankruptcy Court     JS 4